Charlton Edward LaChase - Plaintiff

V.

FBI - Defendant

FILED BY _____ D.C.
JUN 30 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States District for the Southern District of Florida

## Motion to a New Case

I am Charlton & Deaf. I been incaracted at Federal Detention Center in Miami, FL I learned some informations of FBI illegal search on between me and Victim are Real family. In 2018 I sent message to my sister about a Joke and Pay attention. She didn't reported to any police, federal FBI, ect. The National Surveillance Agency (NSA) and FBI received a Tip of threat message to lead Arrested me for threating communication to my sister. After I plead guilty and sentenced. While at Federal Correctional Institution (FCI) in Jesup, GA between March 2019 - May 24, 2019 was my released date. Last on April 28, 2019 I called to my sister about I am in prison. She stated that she didn't put me in Prison. I felt something wrong of illegal search by NSA/FBI to catch up me in federal custody for threating to my sister, only family problem since 2016. I did not mean to send threat message to my sister. I did not communicate or say that I want to harm her for real. She was not frightened or fear. So it is not a threat. We argue like every other brother/sister

and I never want to hurt her. Only between me and sister. I am seeking to **sue** FBI for illegal warrant to arrest me. my sister and me and mom still contacting around family only. See USA V. Charlton LaChase 11th circuit 2018, CASE NO: 18-CR-14011-RLR and current Case NO: 19-14040-CR-Moore on same threat charges as same my Sister victim. On both cases on same family member, FBI should not allows charges and to Federal prosecution. I didn't threat any people. FBI was wrongful targeted me for threating a joke of plot. my sister said, Didn't snitch/report to FBI nothing. There was nothing to report. there was no real plot. I do not support terrorism and I don't know any terrorist. I don't want violence with anyone. I simply make a joke and FBI take it to far. They violated my First Amendment right of free speech, Constitution say you can disscuss anything you want and government can't punish you for joke. It is illegal. Many people make joke but They come after me for no reason. I have Bipolar I disorder and many other psychotic and mental problems. The FBI has acted maliciously to fabricate aganist me knowing very well that my low cognitive ability did not perceive the gravity of my statements and knowing very well that my message was not meant to be construed as a threat. I have two felonies conviction on threat charges by FBI illegal warrant with NSA to lead arrest me. my sister didn't report to FBI

unless They Came to Spoke her that Cause lead to Charges so Serious Criminal. This is uncontitution and illegal warrant as ~~threat~~ target on both me and Sister acted argue on ~~text~~ message. my Case about threat a Joke of ISIS message to my Sister that lead I plead guilty and Sentenced 18 months. I ~~felt~~ unfair, I am seeking to sue FBI to stop do focus on family threat to family which on same blood family (Dad, Mom, son, Daughter, grandson, grandmother) except Social, government, People, Business, and ect.

I ask Court to grant this New Case ~~to~~ be process thru Court.

Charlton LaChase 17080104
MAil to FDC
PO box 19120
miami FL 33101

or

Charlton LaChase 17080104
Federal Detention Center
33 NE 4th St
miami FL 33132



Case 1:20-cv-22728-KMW   Document 1   Entered on FLSD Docket 07/01/2020   Page 4 of 6



MIAMI FL 331
25 JUN 2020 PM 6 L

Charlton LaChase 17080104
FDC Miami
PO Box 19120
Miami FL 33101

US Courthouse
400 North miami Ave
miami FL 33128

33128-181214

JUN 30 2020
1:25 PM

USMS INSPECTED RECEIVED