United States District Court
Southern District of Florida

Case No: 1:20-cv-22728-KMW (22728)

Charlton Edward LaChase,
  Plaintiff

v.

FBI,
  Defendant

FILED BY _____ D.C.
AUG - 3 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Motion to closed Case

I have many Civil Cases I cannot make payment $350 Fee and cannot focus on this Case 22728-KMW case. I have focus on other cases so important. Close Case # and No fee $350 and Future when I get release out of prison I will File re-complaint case Thank you

I ask Court to closed this case # 1:20-cv-22728-KMW for a reason due Covid-19 spread and prevent me do work on this case.

Closed Case   Thank you

Charlton LaChase 17080104
FDC Miami
PO Box 19120
Miami FL 33101

Special Mail

US Courthouse
400 N. Miami Ave,
Room 8N09
Miami FL 33128

Special Mail

33128-180549